HONORABLE RICARDO S. MARTINEZ
Hearing Date: May 4, 2007
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHELE SUGGETT and DON JAMES, individually and on behalf of all similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, a foreign corporation; THE IAMS COMPANY, a foreign corporation; EUKANUBA, a foreign corporation; DOG FOOD PRODUCERS NUMBERS 1-100 and CAT FOOD PRODUCERS 1-100; and DOES 1-100;<br><br>Defendants. | No.  CV 07-0457 RSM<br><br>[PROPOSED] ORDER ON DEFENDANT MENU FOODS' MOTION TO STAY ALL PROCEEDINGS |

THIS MATTER having been presented for hearing on Defendant Menu Foods' Motion to Stay All Proceedings, the Court having considered the following:

1. Defendant Menu Foods' Motion to Stay All Proceedings and attachments thereto.

2. _____;

3. _____;

[PROPOSED] ORDER ON DEFENDANT MENU FOODS' MOTION TO STAY ALL PROCEEDINGS - CV 07-0457 RSM - 1

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

Dockets.Justia.com

4. _____;

5. _____; and

being fully advised in the premises,

HEREBY stays all further proceedings, including but not limited to Defendant's obligation to file responsive pleadings, in this matter pending the transfer decision by the Judicial Panel and a determination of class certification by the transferor court.

DONE IN OPEN COURT this \_\_\_\_\_ day of _____, 2007.


_____
RICARDO S. MARTINEZ
Judge, United States District Court

Presented by:

GARDNER BOND TRABOLSI PLLC


By:\_\_\_\_\_/s/_____
Gary A. Trabolsi, WSBA No. 13215
Jeffrey T. Kestle, WSBA No. 29648
2200 Sixth Avenue, Suite 600
Seattle, WA 98121
Telephone: (206) 256-6309
Email: gtrabolsi@gardnerbond.com
       jkestle@gardnerbond.com
Attorneys for Defendant MENU FOODS

Gardner Bond Trabolsi PLLC
ATTORNEYS
2200 Sixth Avenue, Suite 600
Seattle, Washington 98121
Telephone (206) 256-6309
Facsimile (206) 256-6318