THE HONORABLE RICARDO S. MARTINEZ
Hearing Date: 5/4/07
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHELE SUGGETT and DON JAMES, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, a foreign corporation; THE IAMS COMPANY, a foreign corporation; EUKANUBA, a foreign corporation; DOG FOOD PRODUCERS 1-100; and CAT FOORD PRODUCERS 1-100; and DOES 1-100,<br><br>Defendants. | No.  CV 07-0457 RSM<br><br>CERTIFICATE OF SERVICE |

I, Kristen D. Johnson, say:

I hereby certify that on May 4, 2007, I electronically filed the Stipulation and (proposed) Order Staying All Proceedings and for Preservation of Evidence, and this Certificate of Service with the Clerk of the Court and I hereby certify that I have sent via electronic service, these documents to the following:

Adam Karp
Animal Law Offices
114 West Magnolia Street, Suite 425
Bellingham, WA  98225
adam@animal-lawyer.com

CERTIFICATE OF SERVICE – CV07-0457 RSM - 1

GARDNER BOND TRABOLSI PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

Dockets.Justia.com

DATED this 4th of May, 2007, at Seattle, Washington.


    /s/ Kristen D. Johnson
Kristen D. Johnson
Legal Assistant to Jeffrey T. Kestle