UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELE SUGGETT and DON JAMES, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, et al.,<br><br>Defendants. | CASE NO.  C07-0457RSM<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

Defendant Menu Foods' unopposed motion to stay this action pending a decision by the Judicial Panel on Multidistrict Litigation is GRANTED.  This case is now STAYED and the Clerk shall so indicate on the docket.   The parties shall continue to file copies of documents sent to the Judicial Panel as appropriate.  Any party may move to lift the stay upon notice of action by the Judicial Panel.

DATED this 4th day of May, 2007.

BRUCE RIFKIN, Clerk


By: /s/ Rhonda Stiles
Deputy Clerk

MINUTE ORDER