HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELE SUGGETT and DON JAMES, individually and on behalf of all similarly situated, | CIVIL ACTION NO. 07-CV-00457 RSM |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| MENU FOODS, a foreign corporation, IAMS COMPANY, a foreign corporation, EUKANUBA, a foreign corporation, et al, | |
| Defendants. | |

TO:      The Clerk of the Court

AND TO:      All Parties of Record

PLEASE TAKE NOTICE that Defendant Iams Company hereby appears in the above-entitled action through the undersigned counsel, without waiving objections as to lack of jurisdiction over the person, improper venue, insufficiency of process, insufficiency of service of process, lack of subject matter jurisdiction, and failure to state a claim upon which relief can be granted.

All further papers and pleadings, except original process, shall be served upon the

NOTICE OF APPEARANCE -1-
No. 07-00457-RSM

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

undersigned attorneys at the address stated below.

DATED: May 8, 2007                    DORSEY & WHITNEY LLP

                                                    *s/James E. Howard*
Evan L. Schwab, WSBA #2174
James E. Howard, WSBA #37259
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
(206) 903-8800
(206) 903-8820 fax
schwab.evan@dorsey.com
howard.james@dorsey.com

OF COUNSEL:

D. Jeffrey Ireland (Ohio Bar No. 0010443)
Laura A. Sanom (Ohio Bar No. 0039451)
Brian D. Wright (Ohio Bar No. 0075359)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH 45402
(937) 227-3710
(937) 227-3717 fax
E-mail: djireland@ficlaw.com

***Attorneys for Defendant The Iams Company***

NOTICE OF APPEARANCE -2-
No. 07-00457-RSM

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

## CERTIFICATE OF SERVICE

I hereby certify that on this date I filed the foregoing **Notice of Appearance by Defendant Iams Company** with the United States District Court Clerk, Western District of Washington, using the ECF system, which sent email notification of this filing to the below-listed counsel of record:

>Adam P. Karp
>adam@animal-lawyer.com
>
>Gary A. Trabolsi
>gtrabolsi@gardnerbond.com
>
>Jeffrey T. Kestle
>jkestle@gardnerbond.com

DATED:  May 8, 2007

>*s/Leslie Boston*
>Leslie Boston

NOTICE OF APPEARANCE -3-
No. 07-00457-RSM
4816-5621-4785\1 5/8/2007 4:34 PM

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101
PHONE: (206) 903-8800
FAX: (206) 903-8820