HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELE SUGGETT and DON JAMES, individually and on behalf of all similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MENU FOODS, a foreign corporation, IAMS COMPANY, a foreign corporation, EUKANUBA, a foreign corporation, et al, <br><br> Defendants. | CIVIL ACTION No. 07-CV-00457 RSM <br><br> **NOTICE OF JOINDER OF DEFENDANT THE IAMS COMPANY WITH MENU FOODS DEFENDANTS' MOTION TO STAY PROCEEDINGS** |

Please take notice that Defendant The Iams Company ("Iams") joins in the Motion to Stay Proceedings [Doc. No. 7] filed by Defendant Menu Foods.[1] The arguments made in Menu Foods Defendants' Motion to Stay are equally applicable to Iams, and thus are incorporated by reference here.

---

[1] Iams has not been formally served with the Class Action Complaint or Summons by Plaintiffs and is not waiving any rights to be formally served by filing this notice of joinder.

NOTICE OF JOINDER -1-
No. 07-00457-RSM

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

| | |
|---|---|
| DATED: May 8, 2007 | DORSEY & WHITNEY LLP |
| | |
| | _s/James E. Howard_ |
| | Evan L. Schwab, WSBA #2174 |
| | James E. Howard, WSBA #37259 |
| | 1420 Fifth Avenue, Suite 3400 |
| | Seattle, WA 98101 |
| | (206) 903-8800 |
| | (206) 903-8820 fax |
| | schwab.evan@dorsey.com |
| | howard.james@dorsey.com |
| | |
| | OF COUNSEL: |
| | |
| | D. Jeffrey Ireland (Ohio Bar No. 0010443) |
| | Laura A. Sanom (Ohio Bar No. 0039451) |
| | Brian D. Wright (Ohio Bar No. 0075359) |
| | FARUKI IRELAND & COX P.L.L. |
| | 500 Courthouse Plaza, S.W. |
| | 10 North Ludlow St. |
| | Dayton, OH 45402 |
| | (937) 227-3710 |
| | (937) 227-3717 fax |
| | E-mail: djireland@ficlaw.com |
| | |
| | ***Attorneys for Defendant The Iams Company*** |

NOTICE OF JOINDER -2-
No. 07-00457-RSM

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

## CERTIFICATE OF SERVICE

I hereby certify that on this date I filed the foregoing **Notice of Joinder by Defendant The Iams with Menu Foods Defendants' Motion to Stay Proceedings** with the United States District Court Clerk, Western District of Washington, using the ECF system, which sent email notification of this filing to the below-listed counsel of record:

> Adam P. Karp
> adam@animal-lawyer.com
>
> Gary A. Trabolsi
> gtrabolsi@gardnerbond.com
>
> Jeffrey T. Kestle
> jkestle@gardnerbond.com

DATED:  May 8, 2007

*s/Leslie Boston*
Leslie Boston

NOTICE OF JOINDER -3-
No. 07-00457-RSM

4831-8274-4833\1 5/8/2007 4:44 PM

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101
PHONE: (206) 903-8800
FAX: (206) 903-8820