HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELE SUGGETT and DON JAMES, individually and on behalf of all similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MENU FOODS, a foreign corporation, IAMS COMPANY, a foreign corporation, EUKANUBA, a foreign corporation, et al, <br><br> Defendants. | CIVIL ACTION NO. 07-CV-00457 RSM <br><br> **FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE IAMS COMPANY** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant The Iams Company ("Iams") states that it is a wholly-owned subsidiary of The Procter & Gamble Company ("Procter & Gamble"). Procter & Gamble owns 10% or more of Iams. No other publicly held corporation owns 10% or more of Iams.

IAMS CORPORATE DISCLOSURE STATEMENT
No. 07-00457-RSM

-1-

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

Dockets.Justia.com

| | |
|---|---|
| DATED: May 8, 2007 | DORSEY & WHITNEY LLP |
| | |
| | _____s/James E. Howard_____ |
| | Evan L. Schwab, WSBA #2174 |
| | James E. Howard, WSBA #37259 |
| | 1420 Fifth Avenue, Suite 3400 |
| | Seattle, WA 98101 |
| | (206) 903-8800 |
| | (206) 903-8820 fax |
| | schwab.evan@dorsey.com |
| | howard.james@dorsey.com |
| | |
| | OF COUNSEL: |
| | |
| | D. Jeffrey Ireland (Ohio Bar No. 0010443) |
| | Laura A. Sanom (Ohio Bar No. 0039451) |
| | Brian D. Wright (Ohio Bar No. 0075359) |
| | FARUKI IRELAND & COX P.L.L. |
| | 500 Courthouse Plaza, S.W. |
| | 10 North Ludlow St. |
| | Dayton, OH  45402 |
| | (937) 227-3710 |
| | (937) 227-3717 fax |
| | djireland@ficlaw.com |
| | |
| | ***Attorneys for Defendant The Iams Company*** |

IAMS CORPORATE DISCLOSURE STATEMENT
No. 07-00457-RSM

-2-

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that on this date I filed the foregoing F**ed. R. Civ. P. 7.1 Corporate Disclosure Statement Of Defendant The Iams Company** with the United States District Court Clerk, Western District of Washington, using the ECF system, which sent email notification of this filing to the below-listed counsel of record:

>Adam P. Karp
>adam@animal-lawyer.com
>
>Michael D. Myers
>mmyers@myers-company.com
>
>Jeffrey T. Kestle
>jkestle@gardnerbond.com

DATED: May 8, 2007

*s/Leslie Boston*
Leslie Boston

IAMS CORPORATE DISCLOSURE STATEMENT
No. 07-00457-RSM
4830-9898-9825\1 5/8/2007 4:41 PM

-3-

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820