


MAY 16 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY



**07-CV-00411-MISC**

# BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

In re Pet Food Litigation                              MDL Docket No. 1850

### NOTICE OF APPEARANCE AND NOTICE OF PRESENTATION OF ORAL ARGUMENT

Attorneys Dennis E. Murray, Sr., John T. Murray, Jr., and Leslie O. Murray of Murray &

Murray Co., L.P.A., and Jeremy Gilman and Nicole Dorsky of Benesch Friedlander Coplan &

Aronoff LLP hereby give notice to the Judicial Panel on Multidistrict Litigation of their

appearance on behalf of Gregory T. Boehm in MDL docket No. 1850. Additionally, the

undersigned hereby give the Panel notice of their intent to present oral argument in support of

Mr. Boehm's Motion to Transfer the Actions under MDL Docket No. 1850 at the hearing

scheduled for May 31, 2007 and respectfully request that the Panel allow them the opportunity to

present oral argument at the hearing.

Dockets.Justia.com

Respectfully Submitted,

Dennis E. Murray Sr.
John T. Murray
Leslie O. Murray
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
P.O. Box 19
Sandusky, Ohio 44870
Telephone: 419-624-3000
FAX: 419-624-0707


Jeremy Gilman (Reg. # 0014144)
Nicole Dorsky (Reg. # 0079202)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square #2300
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
FAX: (216) 363-4588

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2007, the foregoing was filed via overnight mail. A copy of the foregoing has been served upon all District Court Clerks and Counsel for all parties of this proceeding, by mailing the same to each on the 11th day of May, 2007, by regular mail.

Dennis E. Murray Sr.
John T. Murray
Leslie O. Murray
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
P.O. Box 19
Sandusky, Ohio 44870
Telephone: 419-624-3000
FAX: 419-624-0707

Jeremy Gilman (Reg. # 0014144)
Nicole Dorsky (Reg. # 0079202)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square #2300
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
FAX: (216) 363-4588

Attorneys for Plaintiff

3



FILED
LODGED
RECEIVED    MAIL

MAY 16 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re Pet Food Litigation                    MDL Docket No. 1850

**MOTION OF PLAINTIFFS FOR TRANSFER OF ACTIONS TO THE NORTHERN
DISTRICT OF OHIO PURSUANT TO 28 U.S.C. §1407 FOR COORDINATED OR
CONSOLIDATED PRETRIAL PROCEEDINGS**

Plaintiff Gregory Boehm ("Boehm"), by and through his counsel, respectfully moves this

Panel pursuant to 28 U.S.C. § 1407 to transfer the pending cases identified in the Schedule of

Actions filed concurrently herewith to the United States District Court for the Northern District

of Ohio, and to consolidate or coordinate them for pretrial proceedings.

Respectfully Submitted,

Dennis E. Murray Sr.
John T. Murray
Leslie O. Murray
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
P.O. Box 19
Sandusky, Ohio 44870
Telephone: 419-624-3000
FAX: 419-624-0707

Jeremy Gilman (Reg. # 0014144)
Nicole Dorsky (Reg. # 0079202)
Benesch, Friedlander, Coplan & Aronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
FAX: (216) 363-4588

Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2007, the foregoing was filed via

overnight mail. A copy of the foregoing has been served upon all District Court Clerks and

Counsel for all parties of this proceeding, by mailing the same to each on the 11th day of May,

2007, by regular mail.

Dennis E. Murray Sr.
John T. Murray
Leslie O. Murray
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
P.O. Box 19
Sandusky, Ohio 44870
Telephone: 419-624-3000
FAX: 419-624-0707


Jeremy Gilman (Reg. # 0014144)
Nicole Dorsky (Reg. # 0079202)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square #2300
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
FAX: (216) 363-4588

Attorneys for Plaintiff

2



FILED
LODGED
RECEIVED    MAIL

MAY 1 6 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

In re Pet Food Litigation                          MDL Docket No. 1850

## BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TRANSFER OF ACTIONS
## PURSUANT TO 28 U.S.C. §1407

### I. Background:

1.    Plaintiff Gregory Boehm (hereinafter "Boehm") in the N.D. Ohio action filed his

complaint against various Menu Foods entities (hereinafter "Menu Foods") for violations of the

Ohio Consumer Sales Practice Act and breach of warranty in relation to Menu Foods'

manufacturing, producing, supplying, advertising, and selling of adulterated pet food to Ohio

consumers from November 2006 through at least such time as the recall was complete.  Menu

Foods manufactured, produced, supplied, advertised, and sold its pet food product throughout the

United States at a multitude of retail stores under many different brand names.

## II. Legal Argument:

2.      The actions identified have been filed by the Plaintiffs in each action in the district indicated in the Schedule of Actions and each such action is now pending before that court.

3.      There are currently at least 64 actions identified in the Schedule of Actions.

4.      Certain Defendants have moved to transfer the actions to the Northern District of Illinois and specifically opposed the transfer of the actions to the District of New Jersey. Certain Plaintiffs have moved to transfer the actions to the District of New Jersey, and to various districts in California, Washington, Florida, Arkansas and other states. However, the Northern District of Ohio is the most suitable compromise among all parties. It is centrally located and in the Midwest as Defendants have requested. Yet, it is more convenient to access than Chicago. Defendants have stated that most of the pet food product in question was manufactured Kansas and Streetsville, Ontario, and that some was manufactured in New Jersey. The Northern District of Ohio stands in proximity to all of these locations. It is the most convenient location for Defendants, Plaintiffs, and potential witnesses. Cleveland, Ohio is home to an international airport and a Continental Airlines hub with multiple flights to and from Kansas, Ontario, and New Jersey everyday. Newark, New Jersey is also a Continental Airlines hub, making accessibility to and from Cleveland all the more convenient. There is also a second airport in the Northern District of Ohio in Akron, Ohio.

5.      There is no clear location where all of the relevant information is concentrated in this case. Evidence is located in Ontario, Canada, New Jersey, Kansas, and China. Ohio is centrally located and is easily accessible.

2

6.    Cleveland's proximity to Toronto is an important factor. The Northern District of Ohio would be the perfect center of gravity for the actions because of its geographic centrality.

7.    Other motions in the Pet Food Litigation have argued that their forum is the best forum because they have many cases pending in that jurisdiction. While this is often an important factor in the MDL Panel's decision, it is irrelevant in this litigation. The Pet Food Litigation complaints all seek class certification. The matters pending in the same jurisdiction, for instance New Jersey, will out of necessity need to be consolidated in order to avoid overlapping classes within the same jurisdiction.

8.    The Northern District of Ohio is currently home to 8 MDL actions. Its docket and its judges, including Judge Economus, the Judge assigned to the action filed in Ohio, are capable of handling additional MDL assignments. The Northern District of Ohio enjoys a swift civil action docket. The median time for civil cases from filing to trial is 22.3 months, as compared to 26.4 months in the Northern District of Illinois and 33 months in the District of New Jersey. Furthermore, the judges of the Northern District of Ohio, including Judge Economus, have ample experience administering class actions and complex products liability and commercial litigation cases.

9.    The Northern District of Ohio has the capacity and is open to accepting Multi-District Litigation in an effort to use its expertise to promote efficient, streamlined litigation with just and consistent results.

10.    *Gregory Boehm v. Menu Foods Inc.* et al. is pending in the Northern District of Ohio.

11.    Many of the Class Action Complaints filed throughout the United States in the Pet Food Litigation have overlapping, if not identical, claims. In addition, a number of these Class

3

Action Complaints aver a national class and/or there are many Class Action Complaints filed in the same jurisdiction. The classes that overlap will need to be consolidated.

12.　　The Pet Food Litigation cases pending around the United States contain similar issues of fact that will be disclosed through discovery.

13.　　If the Pet Food Litigation is not coordinated at a Multi-District Litigation level, there will be duplicative discovery, bringing with it all of the dangers of inconsistent inputs into the judicial system resulting in potentially inconsistent outcomes.

14.　　Transfer of these actions to the Northern District of Ohio is appropriate because of its centrality , its ease of access, and its proximity between three key sites in this case: Streetsville, Ontario, Canada; New Jersey; and Kansas.

**III. Conclusion**

15.　　For the foregoing reasons, Plaintiff Boehm respectfully requests this Court to transfer the Pet Food Litigation actions to the Northern District of Ohio for pretrial procedures.

Respectfully Submitted,

Dennis E. Murray Sr.
John T. Murray
Leslie O. Murray
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
P.O. Box 19
Sandusky, Ohio 44870
Telephone: 419-624-3000
FAX: 419-624-0707

Jeremy Gilman (Reg. # 0014144)
Nicole Dorsky (Reg. # 0079202)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square #2300
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
FAX: (216) 363-4588

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2007, the foregoing was filed via overnight mail. A copy of the foregoing has been served upon all District Court Clerks and Counsel for all parties of this proceeding, by mailing the same to each on the 11th day of May, 2007, by regular mail.

Dennis E. Murray Sr.
John T. Murray
Leslie O. Murray
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
P.O. Box 19
Sandusky, Ohio 44870
Telephone: 419-624-3000
FAX: 419-624-0707

Jeremy Gilman (Reg. # 0014144)
Nicole Dorsky (Reg. # 0079202)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square #2300
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
FAX: (216) 363-4588

Attorneys for Plaintiff

5



**MAY 16 2007**



AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

In re Pet Food Litigation                    MDL Docket No. 1850

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of May, 2007, I caused to be served the following papers:

**Notice of Appearance and Notice of Presentation of Oral Argument;**

**Motion of Plaintiffs for Transfer of Actions to the Northern District of Ohio Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings;**

**Brief in Support of Plaintiffs' Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407; and**

**Certificate of Service.**

On the 11th day of May, 2007, I caused those papers to be served by Personal Delivery upon:

> Jeffrey N. Luthi
> Clerk of the Panel
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, NE
> Room G-255, North Lobby
> Washington, D.C. 20002-8004

On the 11th day of May, 2007, I caused those papers to be served via United States First Class Mail upon:

**SEE ATTACHED SERVICE LIST**

One of the Attorneys for Plaintiff Gregory T. Boehm

**MENU FOODS**
**MDL Docket No. 1850**
<u>**Service List**</u>

| *Counsel for Defendants* | |
|---|---|
| **Lead Attorney Representing actions in New Jersey** | *Menu Foods Midwest Corporation* |
| Gerard H. Hanson<br>HILL WALLACK<br>202 Carnegie Center<br>Princeton, NJ 08543-5226<br>Telephone: (609) 924-0808<br>Email: ghh@hillwallack.com | *Menu Foods, Inc.* |
| | *Menu Foods Income Fund* |
| | *Menu Foods Limited* |
| | *Menu Foods South Dakota, Inc.* |
| | *Menu Foods Holdings, Inc.* |
| **Lead Attorney Representing actions in Arkansas** | *Menu Foods* |
| Christy Comstock<br>21 West Mountain Street, Suite 300<br>Fayetteville, AR 72701<br>Telephone: (479) 582-3382<br>Email: ccomstock@joneslawfirm.com | *Menu Foods Holdings, Inc* |
| | *Menu Foods Midwest Corporation* |
| | *Menu Foods South Dakota Inc.* |
| | *Menu Foods, Inc.* |
| | *Menu Foods Income Fund* |
| | *Menu Foods Gen Par Limited* |
| | *Menu Foods Limited Partnership* |
| | *Menu Foods Operating Partnership* |

2

| | |
|---|---|
| **Lead Attorney Representing actions in Arkansas** | *Wal-Mart Stores, Inc.* |

Marshall S. Ney
MITCHELL, WILLIAMS, SELIG, GATES &
WOODYARD, PLLC
5414 Pinnacle Point Drive, Suite 500
Rogers, AR 72758
Telephone: (479) 273-9561
Facsimile: (479) 273-0527
Email: mney@mwsgw.com

| | |
|---|---|
| **Lead Attorney Representing actions in Washington** | *Menu Foods* |

Jeffrey T. Kestle
Gary A. Trabolsi
GARDNER BOND TRABOLSI ST LOUIS &
CLEMENT
2200 6th Avenue, Suite 600
Seattle, WA 98121
Telephone: (206) 256-6309
Email: jkestle@gardnerbond.com
gtrabolsi@gardnerbond.com

| | |
|---|---|
| **Lead Attorney Representing actions in Colorado** | *Menu Foods Holdings, Inc.* |

Rachel Lame Carnaggio                    *Menu Foods, Inc.*
GODFREY & LAPUYADE, P.C.
9557 S. Kingston Court                    *Menu Foods Income Fund*
Englewood, CO 80112-5952
Telephone: (303) 228-0700                 *Menu Foods Limited*
Facsimile: (303) 228-0701
Email: carnaggio@godlap.com               *Menu Foods Midwest Corporation*

| | |
|---|---|
| **Lead Attorney Representing actions in Connecticut** | *Menu Foods Inc.* |

Matthew G. Conway
Jennifer Katz
CONWAY & STOUGHTON
818 Farmington Avenue
West Hartford, CT 06119
Telephone: (860) 523-8000
Facsimile: (860) 523-8002
Email: mconway@conwaystoughton.com
jkatz@conwaystoughton.com

| | |
|---|---|
| **Lead Attorney Representing actions in Florida** | *Menu Foods Income Fund* |
| | *Menu Foods, Inc.* |

Robert Dewitt McIntosh
ADORNO & YOSS
888 SE 3rd Avenue, Suite 500
Fort Lauderdale, FL 33335-9002
Telephone: (954) 523-5885
Facsimile: (954) 760-9531
Email: rdm@adorno.com

---

**Lead Attorney Representing actions filed in Idaho**  *Menu Foods (Canada)*

Stephen R. Thomas
MOFFATT THOMAS BARRETT ROCK & FIELDS
P.O. Box 829
Boise, ID 83701
Telephone: (208) 345-2000
Facsimile: (208) 385-5384
Email: srt@moffatt.com

---

**Lead Attorneys Representing actions filed in Illinois**

*Menu Foods Acquisition Inc.*

*Menu Foods Holdings, Inc.*

Edward B. Ruff, III
Priya K. Jesani
Michael Patrick Turiello
PRETZEL & STOUFFER, Chtd.
One South Wacker Drive
Suite 2200
Chicago, IL 60606-4673
Telephone: (312) 346-1973
Email: eruff@pretzel-stouffer.com
pjesani@pretzel-stouffer.com

*Menu Foods Income Fund*

*Menu Foods Limited*

*Menu Foods Limited Partnership*

*Menu Foods Midwest Corporation*

*Menu Foods Operating Trust*

*Menu Foods, Inc.*

---

**Lead Attorney Representing actions filed in Nevada**

*Menu Foods, Inc.*

*Menu Foods income Fund*

Charles W. Spann
PERRY & SPANN
6130 Plumas Street
Reno, NV 89509
Telephone: (775) 829-2002
Facsimile: (705) 829-1808
Email: cspann@perryspann.com

---

4

| | |
|---|---|
| **Lead Attorney Representing actions filed in Rhode Island** | *Menu Foods Income Fund* |
| | *Menu Foods Midwest Corporation* |
| Thomas C. Angelone | |
| HODOSH, SPINELLA & ANGELONE PC | *Menu Foods South Dakota, Inc.* |
| One Turks Head Place, Suite 1050 | |
| Providence, RI 02903 | *Menu Foods, Inc.* |
| Telephone: (401) 274-0200 | |
| Facsimile: (401) 274-7538 | |
| Email: angelonelaw@aol.com | |
| **Lead Attorney Representing actions filed in Maine** | *Menu Foods Inc.* |
| | *Menu Foods Income Fund* |
| Paul C. Catsos | |
| THOMPSON & BOWIE | *Menu Foods Limited* |
| 3 Canal Plaza | |
| P.O. Box 4630 | *Menu Foods Midwest Corporation* |
| Portland, ME 04112 | |
| Telephone: 774-2500 | |
| Email: pcatsos@thompsonbowie.com | |
| **Lead Attorney Representing actions filed in Tennessee** | *Menu Foods Inc.* |
| | *Menu Foods Income Fund* |
| Jeffrey R. Thompson | |
| O'NEIL, PARKER & WILLIAMSON | |
| P.O. Box 217 | |
| Knoxville, TN 37901-0217 | |
| Telephone: (865) 546-7190 | |
| Facsimile: (865) 546-0789 | |
| Email: jthompson@opw.com | |
| **Lead Attorneys Representing actions flied in California** | *Menu Foods Holding Inc.* |
| | *Menu Foods, Inc.* |
| Susan Moriarty Hack | |
| HIGGS FLETCHER AND MACK | |
| 401 West A Street, Suite 2600 | |
| San Diego, CA 92101 | |
| Telephone: (619) 236-1551 | |
| Facsimile: (619) 696-1410 | |
| Email: hack@higgslaw.com | |

| | |
|---|---|
| Don Howarth<br>Suzelle M. Smith<br>HOWARTH & SMITH<br>523 West Sixth Street, Suite 728<br>Los Angeles, CA 90014<br>Telephone: (213) 955-9400<br>Email: dhowarth@howarth-smith.com<br>ssmith@howarth-smith.com | *The Iams Company*<br><br>*The Proctor & Gamble Company* |
| Mordecai D. Boone<br>GORDON & REES LLP<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054<br>Email: mboone@gordonrees.com | *Menu Foods Income Fund*<br><br>*Menu Foods Midwest Corporation*<br><br>*Menu Foods South Dakota Inc.*<br><br>*Menu Foods, Inc.* |
| Jean M. Lawler<br>Gina E. Och<br>MURCHISON AND CUMMING<br>Chase Plaza<br>801 S. Grand Avenue, 9th Floor<br>Los Angeles, CA 90017-4613<br>Telephone: (213) 623-7400<br>Facsimile: (213) 623-6336<br>Email: goch@murchison-cumming.com | *Foods, Inc.*<br><br>*Menu Foods Income Fund*<br><br>*Menu Foods Limited*<br><br>*Menu Foods Midwest Corp.*<br><br>*Menu Foods Operating Limited Partnership*<br><br>*Menu Foods, Inc.*<br><br>*Petco Animal Supplies Inc.*<br><br>*The IAMS Company* |
| Gary L. Justice<br>William E. Wegner<br>GIBSON DUNN AND CRUTCHER<br>333 S. Grand Ave.<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Email: wwegner@gibsondunn.com | *Nutro Products* |

6

Robert Troyer                                        *Nestle*
HOGAN & HARTSON LLP
One Tabor Center
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Telephone: (303)899-7300
Facsimile: (303) 899-7333

| **Additional Defendants** | |
|---|---|
| Menu Foods Gen Par Limited<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Menu Foods Limited Partnership<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Menu Foods Operating Partnership<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Wal-Mart Stores, Inc.<br>c/o The Corporation Company<br>425 W. Capitol Avenue, Suite 1700<br>Little Rock, AR 72201 |
| Eukanuba<br>One Proctor & Gamble Plaza C-2<br>Cincinnati, OH 45202 | Xuzhou Anying Biologic Technology<br>Development Co. Ltd<br>c/o Mr. Mao Lujun<br>Wangdian Industrial Pei County Jiangsu<br>Xuzhou, Jiangsu, P. R. China |
| Suzhou Textile Import and Export Company<br>201 Zhuhui Road<br>Suzhou, Jiangsu, China 215006 | Nestle USA, Inc.<br>Nestle Holdings, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Nestle Purina Petcare Co.<br>c/o CT Corporation System<br>120 South Central Avenue<br>Clayton, MO 63105 | Nestle, S.A.<br>do Nestlé USA, Inc.<br>800 North Brand Blvd.<br>Glendale, CA 91203 |
| Chemnutra, Inc.<br>c/o National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 | |

| | |
|---|---|
| David L. Lillehaug<br>FREDRIKSON & BYRON, P.A.<br>200 S. Sixth Street, Suite 4000<br>Minneapolis, MN 55402 | *Counsel For The Menu Food Entities* |
| Barbara L. Croutch<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 S. Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406 | *Counsel For Petco* |
| Charles H. Abbott III<br>GIBSON DUNN & CRUTCHER LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071-3197 | *Counsel For Nutro Products, Inc.* |
| Gerard H. Hanson<br>HILL WALLACK<br>202 Carnegie Center<br>Princeton, NJ 08543-5226<br>Telephone: (609) 924-0808<br>Email: ghh@hillwallack.com | *Chemnutra, Inc.* |
| *Attorneys for Plaintiffs* | |
| Jason M. Hatfield<br>LUNDY & DAVIS, LLP<br>300 North College Avenue, Suite 309<br>Fayetteville, AR 72701<br>Telephone: (479) 527-3921<br>Facsimile: (479) 587-9196<br>Email: jhatfield@lundydavis.com | *Sims v. Menu Foods*<br>*5:07-cv-05053-JLH*<br>*W.D. Arkansas* |
| Richard A. Adams<br>PATTON, ROBERTS, McWILLIAMS &<br>CAPSHAW<br>2900 Saint Michael Drive, Suite 400<br>Texarkana, TX 75503<br>Telephone: (903) 334-7107<br>Facsimile: (903) 334-7007<br>Email: radams@pattonroberts.com | *Widen v. Menu Foods*<br>*5:07-cv-05055-RTD*<br>*W.D. Arkansas* |

Jeremy Y. Hutchinson
Jack T. Patterson, II
PATTON, ROBERTS, McWILLIAMS &
CAPSHAW
111 Center Street, Suite 1315
Little Rock, AR 72201
Telephone: (501) 372-3480
Facsimile: (501) 372-3488
Email: jhutchinson@pattonroberts.com

Timothy Chad Hutchinson
WILLIAMS & HUTCHINSON, LLP
5417 Pinnacle Point Drive, Suite 500
Rogers, AR 72758
Telephone: (479) 464-4944
Facsimile: (479) 464-4946
Email: thutchinson@whs-lawfirm.com

Sean F. Rommel
PATTON, ROBERTS, McWILLIAMS, GREER &
CAPSHAW, LLP
P.O. Box 6128
2900 St. Michael Drive
Texarkana, TX 75505-6128
Telephone: (903) 334-7000
Facsimile: (903) 334-7007
Email: srommel@pattonroberts.com

James C. Wyly
PATTON, ROBERTS, McWILLIAMS &
CAPSHAW, LLP
P. O. Box 6128
Texarkana, TX 75505
Telephone: (903) 334-7000
Facsimile: (903) 334-7007
Email: jwyly@pattonroberts.com

Jason M. Hatfield
LUNDY & DAVIS, LLP
300 North College Avenue, Suite 309
Fayetteville, AR 72701
Telephone: (479) 527-3921
Facsimile: (479) 587-9196
Email: jhatfield@lundydavis.com

*Cooper v. Menu Foods*
*4:07-cv-04036-HFB*
*W.D. Arkansas*

William Gene Horton
NOLAN, CADDELL & REYNOLDS, PA
P.O. Box 184
Fort Smith, AR 72902
Telephone: (479) 782-5297
Facsimile: (479) 782-5194
Email: bhorton@justicetoday.com

*Gray v. Menu Foods*
*5:07-cv-05065-RTD*
*W.D. Arkansas*

---

Jeffrey B. Cereghino
BERDING AND WEIL
3240 Stone Valley Road West
Alamo, CA 94507
Telephone: (925) 838-2090
Facsimile: (925) 820-5592
Email:

*Swarberg v. Menu Foods*
*3:07-cv-00706-BTM-POR*

---

Eric Benink
KRAUSE KALFAYAN BENINK AND SLAVENS
625 Broadway, Suite 635
San Diego, CA 92101
Telephone: (619) 232-0331
Facsimile: (619) 232-4019

*Payne v. Menu Foods*
*3:07-cv-00705-JAH-CAB*

---

Mark J. Tamblyn
WEXLER TORISEVA WALLACE
1610 Arden Way, Suite 290
Sacramento, CA 95815
Telephone: (916) 568-1100
Email: mjt@wtwlaw.us

*Sexton v. Menu Foods*
*07-cv-01958-GHK-AJW*
*C.D. California*

Stuart Talley
KERSHAW CUTTER RATINOFF & YORK
980 9th Street, 19th floor
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

---

Jeff S. Westerman
Sabrina S. Kim
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1200
Email: jwesterman@milbergweiss.com
skim@milbergweiss.com

*Howe v. Menu Foods*
*2:07-cv-02060-SJO-PLA*
*C. D. California*

Jeff S. Westerman  
Sabrina S. Kim  
Cheryl A. Williams  
Michiyo Michelle Furukawa  
MILBERG WEISS & BERSHAD LLP  
One California Plaza  
300 S. Grand Avenue, Suite 3900  
Los Angeles, CA 90071  
Telephone: (213) 617-1200  
Facsimile: (213) 617-1200  
Email: jwesterman@milbergweiss.com  
skim@milbergweiss.com  

*Townsend v. Menu Foods*  
*5:07-cv-00398-GHK-AJW*  
*C.D. California*

Jeff S. Westerman  
Sabrina S. Kim  
Cheryl A. Williams  
Michiyo Michelle Furukawa  
MILBERG WEISS & BERSHAD LLP  
One California Plaza  
300 S. Grand Avenue, Suite 3900  
Los Angeles, CA 90071  
Telephone: (213) 617-1200  
Facsimile: (213) 617-1200  
Email: jwesterman@milbergweiss.com  
skim@milbergweiss.com  

*Chamberlain v. Nestle SA*  
*2:07-cv-02476-FMC-SS*  
*C.D. California*

James L. Davidson  
Paul J. Geller  
Stuart Andrew Davidson  
LERACH COUGHLIN STOIA GELLER RUDMAN  
& ROBBINS  
120 E. Palmetto Park Rd., Suite 500  
Boca Raton, FL 33432  
Telephone: (561) 750-3000  
Facsimile: (561) 750-3364  
Email: jdavidson@lerachlaw.com  
sdavidson@lerachlaw.com  
pgeller@lerachlaw.com  
shawnw@lerachlaw.com  

Shawn A. Williams  
LERACH COUGHLIN STOIA GELLER RUDMAN  
& ROBBINS  
100 Pine Street, Suite 2600  
San Francisco, CA 94111  

*Ingles v. Menu Foods*  
*3:07-cv-01809-MMC*  
*N.D. California*

| | |
|---|---|
| Robert M. Churella<br>Robert K. Friedl<br>Michael L. Kelly<br>KIRTLAND & PACKARD<br>2361 Rosecrans Ave., 4th Floor<br>El Segundo, CA 90245<br>Telephone: (310) 536-1000<br>Email: rmc@kirtland-packard.com<br>rkf@kirtlandpackard.com<br>michaellkelly@earthlink.net | *Paul Randolph Johnson v. Menu Foods*<br>*2:07-cv-01987-GHK-AJW*<br>*C.D. California* |
| Andrew H. Friedman<br>Gregory D. Helmer<br>HELMER AND SMITH<br>723 Ocean Front Walk<br>Venice, CA 90292<br>Telephone: (310) 396-7714 | *Grady v. Menu Foods*<br>*2:07-cv-02253-DDP-PLA*<br>*C.D. California* |
| Paul L. Hoffman<br>Michael S. Morrison<br>Michael D. Seplow<br>SCHONBRUN DeSIMONE SEPLOW HARRIS<br>AND HOFFMAN<br>723 Ocean Front Walk, Suite 100<br>Venice, CA 90291-3270<br>Telephone: (310) 396-0731<br>Facsimile: (310) 399-7040<br>Email: hoffpaul@aol.com | |
| Thomas M. Ferlauto<br>William T. King<br>KING & FERLAUTO<br>1880 Century Park East, Suite 820<br>Los Angeles, CA 90067-1627<br>Telephone: (310) 552-3366<br>Email: ferlauto@pacbell.net | *Finestone v. Menu Foods*<br>*2:07-cv-02338-CAS-CW*<br>*C.D. California* |
| Bruce E. Newman<br>Kevin E. Creed<br>NEWMAN, CREED & ASSOCIATES<br>P.O. Box 575<br>Bristol, CT 06011-0575<br>Telephone: (860) 583-5200<br>Facsimile: (860) 582-0012<br>Email: bnewman@newmancreedlaw.com<br>kcreed@newmancreedlaw.com | *Osborne v. Menu Foods*<br>*07-cv-00469-RNC*<br>*D. Connecticut*<br><br>*Sokolowski v. Menu Foods*<br>*1:2007cv01709*<br>*D. New Jersey* |

| | |
|---|---|
| Debra Lynn Waldhauer - *pro per*<br>Satoru Waldhauer<br>159 N. Audrey Circle NW<br>Fort Walton Beach, FL 32548<br>Telephone: (850) 243-8974 | ***Waldhauer v. Menu Foods***<br>*3:07-cv-00131-MCR-EMT*<br>*N.D. Florida* |

| | |
|---|---|
| James Lee Davidson<br>Paul Jeffrey Geller<br>Stuart Andrew Davidson<br>LERACH COUGHLIN STOIA GELLER RUDMAN<br>& ROBBINS<br>120 B. Palmetto Park Rd., Suite 500<br>Boca Raton, FL 33432<br>Telephone: (561) 750-3000<br>Facsimile: (560) 750-3364<br>Email: jdavidson@lerachlaw.com<br>sdavidson@lerachlaw.com<br>pgeller@lerachlaw.com<br><br>Lawrence M. Kopelman<br>KOPELMAN & BLANKMAN<br>350 E. Las Olas Blvd., Suite 980<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 462-6855<br>Facsimile: (954) 462-6899 | ***Troiano v. Menu Foods***<br>*0:07-cv-60428-JIC*<br>*S.D. Florida* |

| | |
|---|---|
| Scott Wm. Weinstein<br>MORGAN & MORGAN, PA<br>12800 University Drive, Suite 600<br>P.O. Box 9504<br>Ft. Myers, FL 33906<br>Telephone: (239) 433-6880<br>Facsimile: (239) 433-6836<br>Email: sweinstein@forthepeople.com<br><br>Gary B. Mason<br>THE MASON LAW FIRM, P.C.<br>1225 19th Street NW, Suite 500<br>Washington, DC 20036<br>Telephone: (202) 429-2290<br>Facsimile: (202) 429-2294<br>Email: gmason@masonlawdc.com | ***Ferrarese v. Menu Foods***<br>*2:07-cv-00235-JES-DNF*<br>*M.D. Florida* |

Scott Rhead Shepherd
SHEPHERD FINKELMAN MILLER & SHAH
4400 N. Federal Highway
Lighthouse Point, FL 33064-1717
Telephone: (954) 943-9191
Facsimile: (954) 943-9173
Email: sshepherd@classactioncounsel.com

*Donnelly v. Menu Foods*
*1:07-cv-20955-JAL*
*S.D. Florida*

---

Bruce S. Bistline
Philip Howard Gordon
GORDON LAW OFFICES
623 W. Hays
Boise, ID 83702-5512
Telephone: (208) 345-7100
Facsimile: (208) 345-0050
Email: bbistline@gordonlawoffices.com
pgordon@gordonlawoffices.com

*Klimes v. Menu Foods*
*1:07-cv-00160-MHW*
*D. Idaho*

Mick Hodges
PETERSON HODGES & HARPER
P.O. Box 3088
Twin Falls, ID 83303-5298
Telephone: (208) 733-5500
Email: mick76hodges@aol.com

---

John Blim
Jay Edelson
BLIM & EDELSON, LLC
53 West Jackson Blvd., Suite 1642
Chicago, IL 60604
Telephone: (312) 913-9400
Facsimile: (312) 913-9401
Email: john@blimlaw.com
jay@blimlaw.com

*Majerczyk v. Menu Foods*
*1:07-cv-01543*
*N.D. Illinois*

Gino L. DiVito
TABET DiVITO & ROTHSTEIN LLC
209 S. La Salle Street, 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9460
Email: gdivito@tdrlawfirm.com

| | |
|---|---|
| Brian R. Cunha<br>BRIAN CUNHA & ASSOCIATES<br>311 Pine Street<br>Fall River, MA 02720<br>Telephone: (508) 675-9500<br>Facsimile: (508) 679-6565<br>Email: Brian@briancunha.com | ***Rodrigues v. Menu Foods***<br>***1:07-cv-10745-EFH***<br>***D. Massachusetts*** |
| Leonard M. Gulino<br>Daniel J. Mitchell<br>Theodore A. Small<br>Michael R. Bosse<br>BERNSTEIN, SHUR<br>100 Middle Street<br>P.O. Box 9729<br>Portland, ME 04104-5029<br>Telephone: (207) 774-1200<br>Email: lgulino@bssn.com<br>mbossee@bernsteinshur.com<br>dmitchell@bernsteinshur.com<br>tsmall@bernsteinshur.com | ***Brazilian v. Menu Foods Income Fund***<br>***2:07-cv-00054-GZS***<br>***D. Maine*** |
| Brian O. O'Mara<br>O'MARA LAW FIRM, P.C.<br>311 E. Liberty Street<br>Reno, NV 89501<br>Telephone: (775) 323-1321<br>Facsimile: (775) 323-4082<br>Email: brian@omaralaw.net | ***Streczyn v. Menu Foods***<br>***3:07-cv-00159-LRH-VPC***<br>***D. Nevada*** |
| Bruce Daniel Greenberg<br>Allyn Zissel Lite<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Telephone: (973) 623-3000<br>Email: bgreenberg@ldgrlaw.com<br>alite@ldgrlaw.com | ***Richard & Kohler v. Menu Foods***<br>***1:07-cv-01457-NLH-AMD***<br>***D. New Jersey*** |
| Donna Siegel Moffa<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: (856) 795-9002<br>Email: donna@trrlaw.com | ***Workman v. Menu Foods***<br>***1:07-cv-01338-NLH-AMD***<br>***D. New Jersey*** |

Sherrie R. Savett
Michael T. Fantini
Russell D. Paul
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Gregg D. Trautmann                          ***Thomson v. Menu Foods***
TRAUTMANN & ASSOCIATES, LLC                 *1:07-cv-01360-PGS-RJH*
262 East Main Street                        *D. New Jersey*
Rockaway, NJ 07866
Telephone: (973) 316-8100
Email: gdt@trautmann.com

Alan E. Sash                                ***Tinker v. Menu Foods***
McLAUGHLIN & STERN, LLP                     *1:07-cv-01468-NLH-AMD*
260 Madison Avenue                          *D. New Jersey*
New York, NY 10016
Telephone: (212) 448-1100
Facsimile: (212) 448-0066
Email: asash@mclaughlinstern.com

Arthur N. Abbey
Stephen T. Rodd
Orin Kurtz
ABBEY SPANIER RODD ABRAMS & PARADIS
212 East 39th Street
New York, NY 10016

Joseph J. DePalma                           ***Richard v. Menu Foods***
LITE, DEPALMA, GREENBERG & RIVAS, LLC       *1:07-cv-01457-NLH-AMD*
Two Gateway Center, 12th Floor              *D. New Jersey*
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

Joseph J. DePalma                           ***Wilson v. Menu Foods***
LITE, DEPALMA, GREENBERG & RIVAS, LLC       *1:07-cv-01456-NLH-AMD*
Two Gateway Center, 12th Floor              *D. New Jersey*
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

Mark J. Tamblyn
WEXLER TORISEVA WALLACE
1610 Arden Way, Suite 290
Sacramento, CA 95815

Kenneth A. Wexler
WEXLER TORISEVA WALLACE
One North La Salle Street, Suite 2000
Chicago, IL 60602

KERSHAW CUTTER & RATINOFF, LLP
980 9th Street, 19th Floor
Sacramento, CA 95814

| | |
|---|---|
| Michael A. Ferrara, Jr.<br>THE FERRARA LAW FIRM, LLC<br>601 Longwood Avenue<br>Cherry Hill, NJ 08002<br>Telephone: (856) 779-9500<br>Email: mferrara@ferraralawfirm.com<br><br>William M. Audet<br>Michael McShane<br>Kevin L. Thomason<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco, CA 94105 | *Bonier v. Menu Foods*<br>*1:07-cv-01477-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com<br><br>James Lee Davidson<br>Paul Jeffrey Geller<br>LBRACH COUGHLIN STOIA GELLER RUDMAN<br>& ROBBINS<br>120 E. Palmetto Park Rd., Suite 500<br>Boca Raton, FL 33432 | *Hidalgo v. Menu Foods*<br>*1:07-cv-01488-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | *Nunez v. Menu Foods*<br>*1:07-cv-1490-NLH*<br>*D. New Jersey* |

17

Jeff S. Westerman
Sabrina S. Kim
Cheryl A. Williams
Michiyo Michelle Furukawa
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071

---

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

*Gagliardi v. Menu Foods*
*1:07-cv-01522-NLH-AMD*
*D. New Jersey*

James Lee Davidson
Paul Jeffrey Geller
Stuart Andrew Davidson
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL 33432

---

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

*Golding v. Menu Foods*
*1:07-cv-01521-NLH-AMD*
*D. New Jersey*

Jeff S. Westerman
Sabrina S. Kim
Cheryl A. Williams
Michiyo Michelle Furukawa
MILBERG WEISS & BERSHAD LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071

---

Joseph J. DePalma
LITE, DEPALMA, GREENBERG & RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

*Turturro v. Menu Foods*
*1:07-cv-01523-NLH-AMD*
*D. New Jersey*

James Lee Davidson
Paul Jeffrey Geller
Stuart Andrew Davidson
LERACH COUGHLIN STOIA GELLER RUDMAN
& ROBBINS
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL 33432

---

Donna Siegel Moffa                              ***Schneider v. Menu Foods***
TRUJILLO, RODRIGUEZ & RICHARDS LLP              *1:07-cv-01533-NLH-AMD*
8 Kings Highway West                            *D. New Jersey*
Haddonfield, NJ 08033
Telephone: (856) 795-9002
Email: donna@trrlaw.com

Sherrie R. Savett
Michael T. Fantini
Russell D. Paul
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Robert A. Rovner
Jeffrey Zimmerman
ROVNER, ALLEN, ROVNER ZIMMERMAN &
NASH
175 Bustleton Pike
Feasterville, PA 19053-6456

---

Michael A. Ferrara, Jr.                         ***Berndl v. Menu Foods***
THE FERRARA LAW FIRM, LLC                       *1:07-cv-01553-NLH-AMD*
601 Longwood Avenue                             *D. New Jersey*
Cherry Hill, NJ 08002
Telephone: (856) 779-9500
Email: mferrara@ferraralawfirm.com

---

Gary S. Graifman                                ***Pitisonberger v. Menu Foods***
KANTROWITZ, GOLDHAMMER & GRAIFMAN,              *07-cv-01561-NLH-AMD*
ESQS.                                           *D. New Jersey*
210 Summit Avenue
Montvale, NY 07645
Telephone: (201) 391-7000
Email: ggraifman@kgglaw.com

Robert Kaplan
Linda Nussbaum
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

William J. Pinilis                                      *Carter v. Menu Foods*
KAPLAN FOX & KILSHEIMER LLP                            *1:07-cv-01562-NLH-AMD*
237 South Street                                       *D. New Jersey*
Morristown, NJ 07962
Telephone: (973) 401-1111
Email: wpinilis@kaplanfox.com

William J. Pinilis                                      *Bullock v. Menu Foods*
KAPLAN FOX & KILSHEIMER LLP                            *1:07-cv-01579-NLH-AMD*
237 South Street                                       *D. New Jersey*
Morristown, NJ 07962
Telephone: (973) 401-1111
Email: wpinilis@kaplanfox.com

Laurence D. King
KAPLAN FOX & KILSHEIMER LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111

Todd M. Schneider
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

Gary B. Mason
Donna F. Sollen
THE MASON LAW FIRM, LLP
1225 19th Street, NW Suite 500
Washington, DC 20036

Gary S. Graifman
KANTROWITZ, GOLDHAMMER & GRAIFMAN
210 Summit Avenue
Montvale, NY 07645

Jeffrey A. Wigodsky
KARP, FROSH, LAPIDUS, WIGODSKY &
NORWIND
1133 Connecticut Ave. NW, Suite 250
Washington, DC 20036

Joseph M. Vanek
VANEK, VICKERS & MASINI
111 S. Wacker Drive, Suite 4050
Chicago, IL 60606

James C. Shah                                    *Christina Johnson v. Menu Foods*
SHEPHERD, FINKELMAN, MILLER & SHAH,              *1:07-cv-01610-NLH-AMD*
LLC                                              *D. New Jersey*
475 White Horse Pike
Collingswood, NJ 08107-1909
Telephone: (856) 858-1770
Facsimile: (856) 858-7012
Email: jshah@classactioncounsel.com

Scott A. George                                  *Conner v. Menu Foods*
SEEGER WEISS, LLP                                *1:07-cv-01623-NLH-AMD*
550 Broad Street, Suite 920                      *D. New Jersey*
Newark, NJ 07102
Telephone: (973) 639-9100
Email: sgeorge@seegerweiss.com

Donna Siegel Moffa                               *Long v. Menu Foods*
TRUJILLO RODRIGUEZ & RICHARDS                    *1:07-01624-NLH-AMD*
8 Kings Highway West                             *D. New Jersey*
Haddonfield, NJ 08033
Telephone: (856) 795-9002
Email: donna@trrlaw.com

Donna Siegel Moffa                               *Conti v. Menu Foods*
TRUJILLO RODRIGUEZ & RICHARDS                    *1:07-cv-01638-NLH-AMD*
8 Kings Highway West                             *D. New Jersey*
Haddonfield, NJ 08033
Telephone: (856) 795-9002
Email: donna@trrlaw.com

Joseph J. DePalma                                *Freeman v. Menu Foods*
LITE, DEPALMA, GREENBERG & RIVAS, LLC            *1:07-cv-01646-NLH-AMD*
Two Gateway Center, 12th Floor                   *D. New Jersey*
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Email: jdepalma@ldgrlaw.com

William J. Pinilis                               *Pirches v. Menu Foods*
KAPLAN FOX & KILSHEIMER LLP                       *1:07-cv-01685-NLH-AMD*
237 South Street                                 *D. New Jersey*
Morristown, NJ 07962
Telephone: (973) 401-1111
Email: wpinilis@kaplanfox.com

| | |
|---|---|
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | *Diedrich v. Menu Foods*<br>*1:07-cv-01700-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | *Sokolwski v. Menu Foods*<br>*1:07-cv-01709-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | *McCullouch v. Menu Foods*<br>*1:07-cv-01710-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | *Colquilt v. Menu Foods*<br>*1:07-cv-01738-NLH-AMD*<br>*D. New Jersey* |
| Joseph J. DePalma<br>LITE, DEPALMA, GREENBERG & RIVAS, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102-5003<br>Telephone: (973) 623-3000<br>Email: jdepalma@ldgrlaw.com | *Debarthy v. Menu Foods*<br>*1:07-cv-01739-NLH-AMD*<br>*D. New Jersey* |
| Seth R. Lesser<br>LAW OFFICES OF GENE LOCKS, PLLC<br>457 Haddonfield Road, Suite 500<br>Cherry Hill, NJ 08002<br>Telephone: (856) 663-8200<br>Email: slesser@lockslawny.com | *Byers v. Menu Foods*<br>*1:07-cv-01747-NLH-AMD*<br>*D. New Jersey* |
| Donna Siegel Moffa<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: (856) 795-9002<br>Email: donna@trrlaw.com | *Carestio v. Menu Foods*<br>*1:07-cv-01762-NLH-AMD*<br>*D. New Jersey* |

John T. Murray
Dennis E. Murray, Sr.
Leslie O. Murray
MURRAY & MURRAY CO., LPA
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44870
Telephone: (419) 624-3000
Facsimile: (419) 624-0707
Email: jotm@murrayandmurray.com
dms@murrayandmurray.com
lom@murrayandmurray.com

*Boehm v. Menu Foods*
*l:07-cv-01018-PCE*
*D. Ohio*

Jeremy Gilman
Nicole Dorsky
BENESCH, FRIEDLANDER, COPLAN, ARONOFF
2300 BP Tower
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: (216) 363-4593
Facsimile: (216) 363-4588
Email: jgilman@bfca.com
ndorsky@bfca.com

Peter N. Wasylyk
PETER N. WASYLYK - ATTORNEY AT LAW
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: 831-7730
Facsimile: 861-6064
Email: pnwlaw@aol.com

*Brown v. Menu Foods*
*1:07-cv-00115-ML-LDA*
*D. Rhode Island*

Garrett D. Blanchfield, Jr.
Mark Reinhardt
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite E-1250
St. Paul, MN 55101
Telephone: (651) 287-2100
Email: g.blanchfield@rwblawfirm.com
mreinhardt@comcast.net

*Rozman v. Menu Foods Midwest Corp.*
*0:07-cv-01808-ADM-AJB*
*Minnesota*

Andrew S. Kierstead
LAW OFFICE OF ANDREW S. KIERSTEAD
1001 SW Fifth Avenue, Suite 1100
Portland, OR 97204

23

Marc Stanley
STANLEY MANDEL & IOLA, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

| | |
|---|---|
| A. James Andrews<br>A. JAMES ANDREWS, ATTORNEY AT LAW<br>905 Locust Street<br>Knoxville, TN 37902<br>Telephone: (865) 660-3993<br>Facsimile: (865) 523-4623<br>Email: andrewsesq@icx.net<br><br>Nicole Bass<br>905 Locust Street<br>Knoxville, TN 37902<br><br>Perry A. Craft<br>CRAFT & SHEPPARD<br>214 Centerview Drive, Suite 233<br>Brentwood, TN 37027<br>Telephone: (615) 309-1707<br>Facsimile: (615) 309-1717<br>Email: perrycraft@crafsheppardlaw.com | *Holt v. Menu Foods*<br>*3:07-cv-00094*<br>*E.D. Tennessee* |
| Dan C. Stanley<br>Robert R. Kurtz<br>STANLEY & KURTZ, PLLC<br>422 S. Gay Street, 3rd Floor<br>Knoxville, TN 37902<br>Telephone: (865) 522-9942<br>Facsimile: (865) 522-9945<br>Email: rkurtz@lock-net.com<br>dan@danchanningstanley.com | *Light v. Menu Foods*<br>*3:07-cv-00098*<br>*E.D. Tennessee* |
| Michael David Myers<br>MYERS & COMPANY<br>1809 7th Avenue, Suite 700<br>Seattle, WA 98101<br>Telephone: (206) 398-1188<br>Facsimile: (206) 398-1189<br>Email: mmyers@myers-company.com | *Whaley v. Menu Foods*<br>*2:07-cv-00411-RSM*<br>*W.D. Washington* |

Adam Karp
ANIMAL LAW OFFICES
114 W. Magnolia Street, Suite 425
Bellingham, WA 98225-4354
Telephone: (360) 738-7273
Facsimile: (360) 392-3936
Email: adam@animal-lawyer.com

| | |
|---|---|
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 5th Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Email: steve@hbsslaw.com | *Heller v. Menu Foods*<br>*2:07-cv-00453-JCC*<br>*W.D. Washington* |

Michael David Myers
MYERS & COMPANY
1809 7th Avenue, Suite 700
Seattle, WA 98101
Telephone: (206) 398-1188
Facsimile: (206) 398-1189
Email: mmyers@myers-company.com

| | |
|---|---|
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 5th Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Email: steve@hbsslaw.com | *Kornelius v. Menu Foods*<br>*2:07-cv-00454-MJP*<br>*W.D. Washington* |

Michael David Myers
MYERS & COMPANY
1809 7th Avenue, Suite 700
Seattle, WA 98101
Telephone: (206) 398-1188
Facsimile: (206) 398-1189
Email: mmyers@myers-company.com

| | |
|---|---|
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 5th Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Email: steve@hbsslaw.com | *Johnson v. Menu Foods*<br>*2:07-cv-00455-JCC*<br>*W.D. Washington* |

Case 2:07-cv-00457-RSM    Document 22    Filed 05/16/2007    Page 36 of 38

Adam Karp
ANIMAL LAW OFFICES
114 W. Magnolia Street, Suite 425
Bellingham, WA 98225-4354
Telephone: (360) 738-7273
Facsimile: (360) 392-3936
Email: adam@animal-lawyer.com

*Suggett v. Menu Foods*
*2:07-cv-00457-RSM*
*W.D. Washington*

Jennifer Reba Thomaidis
THOMAIDIS LAW, LLC
1866 Vine Street
Denver, CO 80206
Telephone: (303) 322-4355
Facsimile: (303) 322-4354
Email: Jennifer@thomaidislaw.com

*Tompkins v. Menu Foods*
*1:07-cv-00736-JLK*
*D. Colorado*

| COURTS | |
|---|---|
| Clerk of the Court<br>U.S. District Court, Western District of Arkansas<br>35 B. Mountain Street, Suite 510<br>Fayetteville, AR 72701-5354 | Clerk of the Court<br>U.S. District Court, Central District of California<br>312 N. Spring Street, Rm G-8<br>Los Angeles, CA 90012 |
| Clerk of the Court<br>U.S. District Court, Northern District of California<br>Phillip Burton United States Courthouse<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102-3434 | Clerk of the Court<br>U.S. District Court, Southern District of California<br>4290 Edward J. Schwartz<br>United States Courthouse<br>940 Front Street<br>SanDiego, CA 92101 |
| Clerk of the Court<br>U.S. District Court, District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street, 2nd Floor<br>Denver, CO 80294 | Clerk of the Court<br>U.S. District Court, District of Connecticut<br>450 Main<br>Hartford, CT 06103 |
| Clerk of the Court<br>U.S. District Court, Middle District of Florida<br>George C. Young United States Courthouse<br>80 North Hughey Avenue, Suite 300<br>Orlando, FL 32801 | Clerk of the Court<br>U.S. District Court, Northern District of Florida<br>United States Courthouse Annex<br>111 North Adams Street, 3rd Floor<br>Tallahassee, FL 32301 |
| Clerk of the Court<br>U.S. District Court, Southern District of Florida<br>299 B. Broward Blvd., Suite 108<br>Fort Lauderdale, FL 33301 | Clerk of the Court<br>U.S. District Court, District Court of Idaho<br>400 James A. McClure Federal Bldg and<br>United States Courthouse<br>550 West Fort Street |

|  | Boise, ID 83724-0101 |
|---|---|
| Clerk of the Court<br>U.S. District Court, Northern District of<br>Illinois<br>209 S. Dearborn Street<br>Chicago, IL 60604 | Clerk of the Court<br>U.S. District Court, District Court of Maine<br>Edward T. Gignoux Federal Courthouse<br>156 Federal Street<br>Portland, ME 04101-4152 |
| Clerk of the Court<br>U.S. District Court, District of Massachusetts<br>John Joseph Moakley United States<br>Courthouse<br>One Courthouse Way, Suite 2300<br>Boston, MA 02210-3002 | Clerk of the Court<br>U.S. District Court, District Court of<br>Minnesota<br>United States Courthouse<br>300 South Fourth Street, Suite 202<br>Minneapolis, MN 55415 |
| Clerk of the Court<br>U.S. District Court, District Court of Nevada<br>Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd. South, 1st Floor<br>Las Vegas, NV 89101-7065 | Clerk of the Court<br>U.S. District Court, Northern District of Ohio<br>Carl B. Stokes United States Courthouse<br>801 West Superior Avenue<br>Cleveland, OH 44113 |
| Clerk of the Court<br>U.S. District Court, District of Rhode Island<br>Federal Building and Courthouse<br>One Exchange Terrace<br>Providence, RI 02903 | Clerk of the Court<br>U.S. District Court, Eastern District of<br>Tennessee<br>Howard H. Baker Jr. United States Courthouse<br>800 Market Street, Suite 130<br>Knoxville, TN 37902-7902 |
| Clerk of the Court<br>U.S. District Court, Western District of<br>Washington<br>700 Stewart Street<br>Seattle, WA 98101 | |

Doc 1441297 Ver 1




**BEN[ ]**
Friedlander Coplan & Aronoff LLP

Attorneys at Law

2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378

Clerk of the Court
U.S. District Court
Western District of Washington
700 Stewart Street
Seattle, WA 98101

UNITED STATES POS[ ]
MAILED FR[ ]